UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDGAR CANDELARIO RODRIGUEZ,<br>a/k/a Herrera, Lynn, Candelario,<br><br>　　　　　Defendant. | CASE NO. CR08-0144 JLR<br><br>DETENTION ORDER |

Offense charged:

　　Conspiracy to Distribute Methamphetamine (500 grams or more)

Date of Detention Hearing: 05/29/08

　　The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The Indictment charges defendant committed a drug offense which carries a maximum penalty in excess of ten years.  There is therefore a rebuttable presumption of detention

(2) Defendant is reportedly a citizen of Mexico.  The United States alleges that his presences in this country is illegal.  There is an immigration detainer pending against him. The issue of detention in this case is therefore essentially moot.

(3) Defendant and his counsel offered nothing in opposition to the entry of an order of detention.

(4) Upon advice of counsel, defendant declined to be interviewed by this court's pretrial services officer.  There is therefore limited information available about him.

(5) Defendant has used various alias names.  He asserts his true name is Edward Candalario-Rodriguez.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

1   (4)    The clerk shall direct copies of this order to counsel for the United States, to counsel
2          for the defendant, to the United States Marshal, and to the United States Pretrial
3          Services Officer.

4   DATED this 29th day of May, 2008.

                                          /s/Brian A. Tsuchida
                                          BRIAN A. TSUCHIDA
                                          United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)